USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1506

 UNITED STATES,

 Appellee,

 v.

 ARTHUR J. ALBANESE,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Mary M. Lisi, U.S. District Judge]

 Before

 Boudin, Circuit Judge,
 Bownes, Senior Circuit Judge,
 and Lynch, Circuit Judge.
 
 

 Robert G. Levitt and Christopher T. Braddock on brief for
appellant.
 Margaret E. Curran, United States Attorney and James H.
Leavey, Assistant United States Attorney on brief for appellee.

December 16, 1998

 
 Per Curiam. Upon careful review of the briefs, appendices,
 and record, we conclude that the district court properly
 denied defendant's motion nominally brought under 18 U.S.C. 
 3582(c)(2).
 As a threshold matter, the district court lacked
 authority under 3582(c)(2) to grant the relief sought by
 defendant, namely vacation of his conviction under 18 U.S.C.
 924(c)(1). The district court's authority to reduce a
 sentence under 3582(c)(2) is strictly limited. See United
 States v. Jordan, ___ F.3d ___, 1998 WL 804788 (1st Cir.
 November 25, 1998). Accordingly, we may uphold the denial of
 defendant's motion, even without considering its merits. Seeid. at *1.
 Nonetheless, even were we to consider the merits, the
 result would be no different. To the extent that the district
 court might have had authority to entertain defendant's
 motion, whether under 28 U.S.C. 2255 or otherwise, still the
 denial would have been proper, essentially for the reasons
 stated in the magistrate judge's Report and Recommendation
 dated March 5, 1998. The district court's conclusion that
 defendant "carried" a firearm during and in relation to his
 drug trafficking offense, so that his conviction under 
 924(c)(1) should be upheld even in light of Bailey v. United
 States, 516 U.S. 137 (1995) also was not inconsistent with
 Muscarello v. United States, 118 S.Ct. 1911, 1913-18 (1998),
 decided after the district court issued its ruling.
 
 We decline to consider defendant's new argument about
 jury instructions, which argument was not clearly developed
 before the district court and is not supported by a record
 adequate for appellate review before this court.
 Affirmed. See 1st Cir. Loc. R. 27.1.